# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   |  |  |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?          Yes                    No

   If "*Yes,*" by which party and on what date?

   _____          _____
   Party                                                                    Date

4. **Answer:**

    Was an Answer made in State Court?        Yes                    No

    If "*Yes*," by which party and on what date?

    _____          _____
    Party                                                            Date

5. **Unserved Parties:**

    The following parties have not been served at the time this case was removed:

    | **Party** | **Reason(s) for No Service** |
    |---|---|
    |  |  |
    |  |  |
    |  |  |
    |  |  |
    |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the State Court papers and the reason for that change:

    | **Party** | **Reason** |
    |---|---|
    |  |  |

7. **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | **Party** | **Claim(s)** |
    |---|---|
    |  |  |

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **CLAYTON BENNETT, II** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. _____ |
| § | |
| § | |
| **JAMES RIVER INSURANCE** § | |
| **COMPANY** § | |
| § | |
| **Defendant.** § | |

## COUNSEL FOR THE PARTIES

**COUNSEL FOR PLAINTIFF CLAYTON BENNETT, II.**

    EBERSTEIN & WITHERITE, LLP
    Amy K. Witherite
    SBN 00788698
    Rachel Hatten Adams
    SBN 24101883
    10440 N. Central Expressway, Suite 400
    Dallas, Texas 75231
    Telephone: 214-378-6665
    Facsimile: 214-378-6670

**COUNSEL FOR DEFENDANT JAMES RIVER INSURANCE COMPANY**

    TOLLEFSON BRADLEY MITCHELL & MELENDI, LLP
    Lisa A. Songy
    SBN 00793122
    Aaron G. Stendell
    SBN 24073062
    2811 McKinney Avenue, Suite 250 West
    Dallas, Texas 75204
    Telephone: (214) 665-0100
    Facsimile: (214) 665-0199